**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STRIKE 3 HOLDINGS,

Plaintiff,

v.

Case No. 26-12072
Hon. Denise Page Hood

JOHN DOE subscriber assigned IP Address 73.191.160.189,

Defendant.
_________________________________/

**ORDER DISMISSING ACTION**

On August 31, 2026, Plaintiff filed a Notice of Voluntary Dismissal With Prejudice under Rule 41(a)(1)(A)(i) of the Rules of Civil Procedure.

Accordingly,

IT IS ORDERED that this action is DISMISSED with prejudice pursuant to Rule 41(a)(1) and this action is CLOSED on the docket.

S/DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

DATED: September 1, 2026